463 A.2d 28

In re Shook.

Appeal of Alverta Shook.

Shook v. Shook, Appellant.

Argued April 14, 1983. Robert Lee Steinberg, for appellant; Emil William I. Kantra, II, for appellees.

Before HESTER, POPOVICH and HOFFMAN, JJ.
Orders affirmed.

HESTER, J., filed a memorandum concurring statement.